PROB 12C
(7/93)

Report Date: May 12, 2010

# United States District Court

## for the

## Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAY 1 4 2010

JAMES R LARSEN, CLERK
_____DEPUTY
YAKIMA, WASHINGTON

Name of Offender: German Zambrano-Madrigal        Case Number: 2:07CR06038-001

Address of Offender: Incarcerated at Berks County Jail, Leesport, Pennsylvania, under the name Baltazar Jimenez-Murillo

Name of Sentencing Judicial Officer: The Honorable Lonny R. Suko, Chief U.S. District Judge

Date of Original Sentence: 12/03/2007

| | | |
|---|---|---|
| Original Offense: | Alien in United States After Deportation, 8 U.S.C. § 1326(b)(2) | |
| Original Sentence: | Prison - 21 Months; TSR - 36 Months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | TBD | Date Supervision Commenced: 04/17/2009 |
| Defense Attorney: | Rebecca Pennell | Date Supervision Expires: 04/16/2012 |

## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition #2**: The defendant shall not commit another Federal, state, or local crime. |
| | **Supporting Evidence**: The defendant illegally reentered the United States without permission on or about April 26, 2010. |
| | Information received from the U.S. Immigration and Customs Enforcement, indicates the defendant was deported to Mexico, on April 17, 2009, and has not obtained legal permission to reenter the United States. |
| 2 | **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime. |
| | **Supporting Evidence**: On April 26, 2010, the defendant, under the alias Baltazar Jimenez-Murillo, was arrested for count 1: possession of a controlled substance, count 2: possession of a controlled substance with intent to deliver, count 3: criminal conspiracy and count 4: possession of paraphernalia. |

Prob12C
Re: Zambrano-Madrigal, German
May 12, 2010
Page 2

The defendant appeared before the Berks County District Court, case number L555348-3, and was ordered detained pending further action by the court. The defendant's next court appearance is scheduled for May 24, 2010.

A request for the official court documents and the police report have been made, however, these documents have not been received.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 05/12/2010

s/Rebecca M. Nichols   for

Jose Vargas
U.S. Probation Officer

## THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

Signature of Judicial Officer

5/14/10
Date