PROB 12C
(7/93)

Report Date: August 31, 2012

# United States District Court

for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

SEP 04 2012

JAMES R. LARSEN, CLERK
_____DEPUTY
YAKIMA, WASHINGTON

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: German Zambrano-Madrigal          Case Number: 2:07CR06038-001

Address of Offender:

Name of Sentencing Judicial Officer: The Honorable Lonny R. Suko, U.S. District Judge

Date of Original Sentence: 12/03/2007

Original Offense:    Alien in United States After Deportation, 8 U.S.C. § 1326(b)(2)

Original Sentence:   Prison - 21 Months          Type of Supervision: Supervised Release
                     TSR - 36 Months

Asst. U.S. Attorney: Ian Garriques             Date Supervision Commenced: 4/17/2009

Defense Attorney:    Rebecca Pennell           Date Supervision Expires: 4/16/2012

---

## PETITIONING THE COURT

To incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on 5/12/2010.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 3 | **Mandatory Condition #2**: The defendant shall not commit another Federal, state, or local crime.<br><br>**Supporting Evidence**: On June 19, 2012, Mr. Zambrano-Madrigal appeared in U.S. District Court for the Eastern District of Pennsylvania and was sentenced to 120 months imprisonment with 5 years of supervised release to follow for the following crimes: distribution of heroin; aiding and abetting; possession with intent to distribute one kilogram or more of heroin; and reentering the Unites States after deportation (U.S. District Court case numbers 2:11CR00677-001 and 5:11CR00338-001). |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 08/31/2012

s/Jose Vargas

Inactive Officer Yakima
U.S. Probation Officer

## THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Other

Signature of Judicial Officer

9/4/12
Date