UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR-07-6038-LRS |
| Plaintiff, | |
| v. | ORDER DENYING MOTION TO MODIFY SENTENCE |
| GERMAN ZAMBRANO-MADRIGAL, | |
| Defendant. | |

By letter dated July 25, 2013 (ECF No. 53), defendant asks that his sentence in this case be deemed fully concurrent with his sentences from the Eastern District of Pennsylvania. The two year sentence imposed following violation of his supervised release in the Eastern District of Washington provided that one year of the sentence be concurrent and one year be consecutive to his preexisting sentences in the Federal Court for the Eastern District of Pennsylvania. Defendant cites no reasons nor case law for his request and the court notes that the sentence imposed by the court in the Eastern District of Washington is below the sentencing guideline applicable to his conduct. Accordingly, the defendant's motion (ECF No. 53) is DENIED.

**DATED** this 21st day of October, 2013.

*s/Lonny R. Suko*
_____
LONNY R. SUKO
United States District Court Judge

ORDER DENYING . . . - 1